IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Kenneth Baliber, Individually and on Behalf of All Others Similarly Situated,**<br><br>**Plaintiff,**<br><br>v.<br><br>**ADVANCED CALL CENTER TECHNOLOGIES, LLC**<br><br>**Defendant.** | Case No. 17-cv-07004-LDH-SMG |

## STIPULATION OF DISMISSAL

The parties, pursuant to Fed. R. Civ. P. 41(a), hereby stipulate to the dismissal with prejudice of the above captioned action and all underlying claims with prejudice, with each party to bear its own costs and attorneys fees.

Respectfully submitted,

/s/ *Joseph H. Mizrahi*
Joseph H. Mizrahi, Esq.
**Joseph H. Mizrahi Law P.C.**
300 Camden Plaza West, 12th Floor
Brooklyn, New York 11201
Telephone (929) 575-4175
Fax: (929) 575-4195
Email: joseph@cml.legal
*Attorney for Plaintiff*

/s/ Andrew Gefell
_____
Andrew W. Gefell, Esq
ABRAMS GARFINKEL MARGOLIS BERGSON, LLP
1430 Broadway, 17th Floor
New York, NY 10018
Telephone (212) 201-1185
Facsimile (212) 201-1171
Email:  AGefell@agmblaw.com

**ATTORNEYS FOR DEFENDANT,
ADVANCE CALL CENTER
TECHNOLOGIES, LLC**

## **CERTIFICATE OF SERVICE**

  I, the undersigned, do hereby certify that on this 28th day of February, 2018, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of Notice of Electronic Filing to the Following ECF registrants:

  Andrew W. Gefell             AGefell@agmblaw.com

                 *Joseph H. Mizrahi*
                 Joseph H. Mizrahi, Esq